# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| TIMOTHY DALE CARPENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:10-cv-02703-KOB-JEO |
| | ) |
| DISTRICT COURT OF PICKENS COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on May 20, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The Plaintiff filed no objections.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court finds that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.

---

[1] On June 3, 2011, the report and recommendation mailed to the plaintiff at the Pickens County Jail was returned to the court with the notation, "Return to Sender, Unable to Forward." (Doc. 7.)

Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 15th day of June, 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE